AO 458 (Rev. 10/95) Appearance

# United States District Court

*District of Rhode Island*

United States

v.

Pedro Hernandez

APPEARANCE

CASE NUMBER: 1:06M18M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pedro Hernandez

I certify that I am admitted to practice in this court.

2/8/06
*Date*

*Signature*

George J. West
*Print Name*

3052
*Bar Number*

One Turks Head Place
*Address*

Provi
*City*

RI
*State*

02903
*Zip Code*

401-861-4042
*Phone Number*

401-861-0330
*Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.