1120768

RECEIVED JAN 31 2006 US MARSHALS RHODE ISLAND

RECEIVED FEB 1 2006 US MARSHALS RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

PEDRO HERNANDEZ

## WARRANT FOR ARREST

CASE NUMBER: 1:06M18 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PEDRO HERNANDEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

possession of 9.47 grams of cocaine base and possession of a firearm having been previously convicted of a felony,

in violation of Title 21 United States Code, Section(s) 844 and 18 U.S.C. Section 922(g)(1)

DAVID L. MARTIN
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

2-1-06 Providence, Rhode Island
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ returned to ACI | | |
| DATE RECEIVED 02/01/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 02/08/2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.