# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. 1:06-M-18M***

RECEIVED
FEB 0 7 2006
US MARSHALS
RHODE ISLAND

***To: ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **PEDRO HERNANDEZ**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the 8th day of **February, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: February 6, 2006.

David A. DiMarzio, Clerk

Initial Appearance

***By*** ***Martha Saucier - Deputy Clerk***